GINA KRIPOTOS (325505)
Gina.Kripotos@dinsmore.com
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071
Tele: (213) 335-7737
Fax:  (213) 335-7740

Attorney for Respondent
FREEDOM MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the<br><br>ESTATE OF PHILLIP LESUEUR<br>_____<br><br>JEFFREY HAMMOND, Administrator<br><br>Petitioner<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, and DOES 1 through 10. Inclusive.<br><br>Respondents | Case No.: 2:24-cv-03140-WBS-JDP<br><br>**ORDER GRANTING RESPONDENT JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Judge: Hon. William B. Shubb |

On November 25, 2024, Respondent Freedom Mortgage Corporation ("Freedom") and Petitioner Jeffrey Hammond ("Petitioner"), by and through their respective counsel, jointly submitted a Motion for an Extension of Time for Respondent to file a Responsive Pleading to the Petitioner's Petition.

The Court, having considered the Joint Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:  Respondent Freedom Mortgage Corporation shall have until December 12, 2024 to answer or otherwise respond to the Petitioner's Petition.

**IT IS SO ORDERED.**

Dated:  November 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE