# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the<br><br>ESTATE OF PHILLIP LESUEUR<br>———————————————<br><br>JEFFREY HAMMOND, Administrator<br><br>Petitioner<br><br>v.<br><br><br>FREEDOM MORTGAGE CORPORATION, and DOES 1 through 10. Inclusive.<br><br>Respondents | Case No.: 2:24-cv-03140-WBS-JDP<br><br>Petition Filed: October 10, 2024<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND MOTION TO REMAND** |

On January 21, 2025, Respondent Freedom Mortgage Corporation ("Freedom") and Petitioner Jeffrey Hammond ("Petitioner"), by and through their respective counsel, jointly submitted a Joint Motion for an Extension of Time to File a Responsive Pleading and Motion to Remand.

The Court, having considered the Joint Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS that Respondent Freedom

1 | Mortgage Corporation shall have until February 6, 2025 to answer or otherwise
2 | respond to Petitioner's Petition and Petitioner shall have until February 6, 2025 to file
3 | a Motion to Remand.

5 | **IT IS SO ORDERED.**

7 | Dated:  January 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE